IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD B. GRAY,<br>    Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL,[1]<br>*Acting Commissioner of Social Security Administration*,<br>    Defendant. | : | No. 16-3990 |

**ORDER**

AND NOW, this 8th day of August, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12), Defendant's response thereto (Doc. No. 14), Plaintiff's reply (Doc. No. 17), and the administrative record, and after careful consideration of United States Magistrate Judge Timothy Rice's Report and Recommendation (Doc. No. 18), to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED**;

3. The matter is **REMANDED** to the Commissioner for further proceedings consistent with Judge Rice's Report and Recommendation;

4. Judgment is entered in favor of Plaintiff; and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ GENE E.K. PRATTER
United States District Judge

---

[1] Nancy A. Berryhill, Acting Commissioner for Social Security, is automatically substituted for former commissioner Carolyn W. Colvin as defendant in this action. Fed. R. Civ. P. 25(d).